UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| McINTYRE GROUP, LTD.<br>24601 Governors Highway<br>University Park, IL 60466,<br>on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION, INC., KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendants. | Civil Action No. _____<br><br><br>Case: 1:07-cv-01101<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 6/19/2007<br>Description: Antitrust |

## CERTIFICATE RULE LCvR 26.1

I, the undersigned counsel of record for McINTYRE GROUP, LTD., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of McINTYRE GROUP, LTD. that have outstanding securities in the hands of the public:

<u>THERE ARE NONE</u>

3

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 19, 2007

                                       /s/ Benjamin D. Brown
Michael D. Hausfeld (D.C. Bar #153742)
Benjamin D. Brown (D.C. Bar #495836)
**COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Phone: (202) 408-4600
Fax: (202) 408-4699
Email: mhausfeld@cmht.com, bbrown@cmht.com

Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak, Jr. (D.D.C. Bar No. 475609)
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Phone: (224) 632-4500
Fax: (224) 632-4521
Email: skanner@fklmlaw.com, dmillen@fklmlaw.com
        rwozniak@fklmlaw.com

Mark S. Goldman
**GOLDMAN, SCARLATO & KARON, P.C.**
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Phone: (484) 342-0700
Fax: (484) 342-0701
Email: Goldman@gsk-law.com

Andrew B. Sacks
**SACKS & WESTON**
114 Old York Road
Jenkintown, PA 19046
Phone: (215) 925-8200
Fax: (215) 925-0508
Email: ABS@sackslaw.com

James Shedden
Lawrence W. Schad
**SCHAD, DIAMOND & SHEDDEN, P.C.**
332 S. Michigan Avenue
Suite 1000
Chicago, Illinois 60604-4398
Phone: (312) 939-6280
Fax: (312) 939-4661
Email: jshedden@lawsds.com
lschad@lawsds.com

*Attorneys for Plaintiff McIntyre Group, Ltd. and the Proposed Class*