# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MCINTYRE GROUP, LTD., on behalf of itself and
all others similarly situated,

                    Plaintiff,

      v.

ASSOCIATION OF AMERICAN RAILROADS,
BNSF RAILWAY COMPANY, CSX
TRANSPORTATION COMPANY, KANSAS CITY
SOUTHERN RAILWAY COMPANY, NORFOLK
SOUTHERN RAILWAY COMPANY, AND UNION
PACIFIC RAILROAD COMPANY,

                 Defendants.

Civil Action No. 07-CV-01101
(PLF)

## STIPULATION AND AGREED ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for defendants and plaintiff, as follows:

WHEREAS at least 18 actions raising similar allegations as those made in the complaint herein have been filed in various jurisdictions, including this one, and motions have been filed with the Judicial Panel on Multidistrict Litigation ("Panel") to consolidate and transfer all such actions before a single court; and

WHEREAS plaintiff and defendants agree that, in the interest of judicial economy, defendants need not answer or otherwise respond to the complaint in this matter until a decision has been rendered by the Panel on the pending consolidation and transfer motions;

THEREFORE, IT IS STIPULATED AND AGREED that, subject to the Court's approval;

1.      The time within which all defendants are to move, answer, or otherwise plead in response to the complaint in this action is extended until after the Panel consolidates this case and other similar cases and the transferee Court establishes a scheduling order for responses;

2.      The defendants' entry into this stipulation shall not constitute a waiver of any defense, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue.  The defendants expressly reserve their right to raise all defenses in response to the complaint herein and any subsequent amended complaint which may be filed;

3.      For the purpose of this action only, defendants agree that defense counsel designated below for each defendant is authorized to accept service of the complaint filed herein on behalf of the defendant represented by each such counsel;

4.      In the event defendants answer or otherwise respond to the complaint in a similar action at an earlier date in another jurisdiction, defendants shall file their answer or otherwise respond to the complaint in this action by the same date as in the other similar action.


 /s/ Benjamin D. Brown (GW by permission)       /s/ Gary A. Winters

Michael D. Hausfeld (D.C. #153742)        Richard J. Favretto (D.C. Bar #156588)

Benjamin D. Brown (D.C. Bar #495836)     Mark W. Ryan (D.C. Bar #359098)

COHEN, MILSTEIN, HAUSFELD & TOLL   Gary A. Winters (D.C. Bar #439376)

P.L.L.C.                          MAYER, BROWN, ROWE & MAW LLP

1100 New York Avenue, N.W.          1909 K Street, N.W.

Suite 500, West Tower              Washington, D.C.  20006

Washington, D.C.  20004           *Attorneys for Defendant BNSF Railway*

*Attorneys for Plaintiff Sublette Cooperative*  *Company*

*Inc.*

Richard McMillan, Jr. (D.C. Bar # 169946)
Kent A. Gardiner (D.C. Bar # 432081)
Kathryn D. Kirmayer (D.C. Bar # 424699)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
*Attorneys for Defendant CSX Transportation, Inc.*

Alan M. Wiseman (D.C. Bar #187972)
Joseph A. Ostoyich (D.C. Bar #436157)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Tyrone R. Childress
David G. Meyer
HOWREY LLP
550 South Hope Street, Suite 110
Los Angeles, CA 90071
*Attorneys for Defendant Union Pacific Railroad Company*

John M. Nannes (D.C. Bar #195966)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
*Attorneys for Defendant Norfolk Southern Railway Company*

Reid L. Ashinoff (D.C. Bar # 949180)
Michael S. Gugig
SONNENSCHEIN, NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
*Attorneys for Defendant Kansas City Southern Railway Company*

Dated July 3, 2007

SO ORDERED this ___day of July, 2007

_____
United States District Judge