IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MCINTYRE GROUP, LTD., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMAPNY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br><br>Defendants. | Civil Action No. 07-CV-01101 (PLF) |

**STIPULATION AND AGREED ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Defendant Association of American Railroads ("AAR") and Plaintiff, as follows:

WHEREAS actions raising similar allegations as those made in the complaint herein have been filed in various jurisdictions, including this one, and motions have been filed with the Judicial panel on Multidistrict Litigation ("Panel") to consolidate and transfer all such actions before a single court;

WHEREAS Plaintiff and AAR agree that, in the interest of judicial economy, the AAR need not answer or otherwise respond to the complaint in this matter until a decision has been rendered by the Panel on the pending consolidation and transfer motions; and

WHEREAS Plaintiff has previously entered into a similar stipulation with all the other defendants named in this action;

THEREFORE, IT IS STIPULATED AND AGREED that, subject to the Court's approval;

1. The time within which AAR is to move, answer, or otherwise plead in response to the complaint in this action is extended until after the Panel consolidates this case and other similar cases and the transferee Court establishes a scheduling order for responses;

2. AAR's entry into this stipulation shall not constitute a waiver of any defense, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. AAR expressly reserves its right to raise all defenses in response to the complaint herein and any subsequent amended complaint which may be filed;

3. For the purpose of this action only, AAR agrees to accept service of the complaint filed herein;

4. In the event AAR answers or otherwise responds to the complaint in a similar action at an earlier date in another jurisdiction, AAR shall file its answer or otherwise respond to the complaint in this action by the same date as in the other similar action.

| | |
|---|---|
| /s/ Benjamin D. Brown<br>Michael D. Hausfeld (D.C. #153742)<br>Benjamin D. Brown (D.C. Bar #495836)<br>COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.<br>1100 New York Avenue, N.W., Suite 500<br>Washington, DC 20004<br>*Attorneys for Plaintiff McIntyre Group, Ltd* | /s/ Paul A. Cunningham (BDB by permission)<br>Paul A. Cunningham<br>HARKINS CUNNINGHAM LLP<br>1700 K Street, N.W., Suite 400<br>Washington, DC 20006<br>*Attorney for Defendant Association of American Railroads* |

Dated July 20, 2007

SO ORDERED this ___ day of _____, 2007

_____
United States District Judge