UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McINTYRE GROUP, LTD., on behalf of itself and all others similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br><br>Defendants. | Civil Action No. 07-CV-01101 (PLF) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2, Plaintiff McIntyre Group, Ltd., by its undersigned counsel of record, hereby moves for the admission *pro hac vice* of Lawrence W. Schad, James Shedden, Tony Kim, and Matthew S. Burns of the law firm Schad, Diamond & Shedden, P.C. This motion is based on the Affidavits attached herewith, and on such additional materials and authorities as may be submitted hereafter.

The grounds for this motion are that these attorneys are duly qualified and admitted to practice before the Illinois bar, that they are particularly qualified by experience in the issues presented in this lawsuit, that their representation will be in conjunction with the undersigned, and that these attorneys are the counsel of choice for the Plaintiff.

A proposed Order granting the motion is attached hereto.

Respectfully submitted,

/s/ Benjamin D. Brown
Michael D. Hausfeld (D.C. Bar #153742)
Benjamin D. Brown (D.C. Bar #495836)
COHEN MILSTEIN HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
(202) 408-4600

Lawrence W. Schad
James Shedden
Tony Kim
Matthew S. Burns
SCHAD, DIAMOND & SHEDDEN, P.C.
332 S. Michigan Ave., Suite 1000
Chicago, IL 60604
(312) 939-6280

Date: August 20, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McINTYRE GROUP, LTD., on behalf of itself and all others similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br><br>Defendants. | Civil Action No. 07-CV-01101 (PLF) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE***

Lawrence W. Schad, being duly sworn, deposes and says:

1. I am a director of the law firm of Schad, Diamond & Shedden, P.C. and have been a member in good standing of the Illinois bar since November, 1970. I have also been a member in good standing of the Northern District of Illinois Trial Bar since 1970. My mailing address is 332 S. Michigan Ave., Suite 1000, Chicago, IL 60657.

2. I respectfully request to be admitted *pro hac vice* in this case as counsel for the Plaintiff. I will continue to represent the Plaintiff in the above-captioned proceeding (unless I am permitted to withdraw sooner by order of the Court) until the final determination of this matter.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I have associated with and have personally appearing with me in this proceeding Michael D. Hausfeld and Benjamin D. Brown, who are resident in the Washington, D.C. office of Cohen Milstein Hausfeld & Toll, P.L.L.C., and who are admitted to practice before the bar of this Court.

This the 13th day of July, 2007.

_____
Lawrence W. Schad

Subscribed and sworn to before me
this 6th day of August 2007

_____
NOTARY PUBLIC

OFFICIAL SEAL
LORITA LYLES
Notary Public - State of Illinois
My Commission Expires Aug 2, 2009

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Lawrence Wiley Schad

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 16, 1970 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, July 13, 2007.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

McINTYRE GROUP, LTD., on behalf
of itself and all others similarly Situated,

                Plaintiff,

v.

ASSOCIATION OF AMERICAN
RAILROADS, BNSF RAILWAY
COMPANY, CSX TRANSPORTATION
COMPANY, KANSAS CITY SOUTHERN
RAILWAY COMPANY, NORFOLK
SOUTHERN RAILWAY COMPANY, AND
UNION PACIFIC RAILROAD COMPANY,

                Defendants.

Civil Action No. 07-CV-01101 (PLF)

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

James Shedden, being duly sworn, deposes and says:

1. I am a director of the law firm of Schad, Diamond & Shedden, P.C. and have been a member in good standing of the Illinois bar since November, 1982. I have also been a member in good standing of the Northern District of Illinois Trial Bar since 1987. My mailing address is 332 S. Michigan Ave., Suite 1000, Chicago, IL 60657.

2. I respectfully request to be admitted *pro hac vice* in this case as counsel for the Plaintiff. I will continue to represent the Plaintiff in the above-captioned proceeding (unless I am permitted to withdraw sooner by order of the Court) until the final determination of this matter.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I have associated with and have personally appearing with me in this proceeding Michael D. Hausfeld and Benjamin D. Brown, who are resident in the Washington, D.C. office of Cohen Milstein Hausfeld & Toll, P.L.L.C., and who are admitted to practice before the bar of this Court.

This the 13th day of July, 2007.

*/s/ James Shedden*
James Shedden

Subscribed and sworn to before me
this 6th day of August 2007

*/s/ Lorita Lyles*
NOTARY PUBLIC

OFFICIAL SEAL
LORITA LYLES
Notary Public - State of Illinois
My Commission Expires Aug 2, 2009

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

James Shedden

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 1, 1982 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, July 13, 2007.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McINTYRE GROUP, LTD., on behalf of itself and all others similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br><br>Defendants. | Civil Action No. 07-CV-01101 (PLF) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Tony Kim, being duly sworn, deposes and says:

1. I am an associate with the law firm of Schad, Diamond & Shedden, P.C. and have been a member in good standing of the Illinois bar since May, 2003. My mailing address is 332 S. Michigan Ave., Suite 1000, Chicago, IL 60657.

2. I respectfully request to be admitted *pro hac vice* in this case as counsel for the Plaintiff. I will continue to represent the Plaintiff in the above-captioned proceeding (unless I am permitted to withdraw sooner by order of the Court) until the final determination of this matter.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I have associated with and have personally appearing with me in this proceeding Michael D. Hausfeld and Benjamin D. Brown, who are resident in the Washington, D.C. office of Cohen Milstein Hausfeld & Toll, P.L.L.C., and who are admitted to practice before the bar of this Court.

This the 13th day of July, 2007.

_____
Tony Kim

Subscribed and sworn to before me
this 6th day of August 2007

_____
NOTARY PUBLIC

OFFICIAL SEAL
LORITA LYLES
Notary Public - State of Illinois
My Commission Expires Aug 2, 2009

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Tony Kim

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 8, 2003 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, July 13, 2007.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McINTYRE GROUP, LTD., on behalf of itself and all others similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br><br>Defendants. | Civil Action No. 07-CV-01101 (PLF) |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Matthew S. Burns, being duly sworn, deposes and says:

1. I am an associate with the law firm of Schad, Diamond & Shedden, P.C. and have been a member in good standing of the Illinois bar since November, 2006. My mailing address is 332 S. Michigan Ave., Suite 1000, Chicago, IL 60657.

2. I respectfully request to be admitted *pro hac vice* in this case as counsel for the Plaintiff. I will continue to represent the Plaintiff in the above-captioned proceeding (unless I am permitted to withdraw sooner by order of the Court) until the final determination of this matter.

3. I have not been disciplined by any bar.

4.  I have not been admitted *pro hac vice* in this Court within the last two years.

5.  I have associated with and have personally appearing with me in this proceeding Michael D. Hausfeld and Benjamin D. Brown, who are resident in the Washington, D.C. office of Cohen Milstein Hausfeld & Toll, P.L.L.C., and who are admitted to practice before the bar of this Court.

This the 13th day of July, 2007.

_____
Matthew S. Burns

Subscribed and sworn to before me this 26th day of July, 2007

_____
NOTARY PUBLIC

OFFICIAL SEAL
LORITA LYLES
Notary Public - State of Illinois
My Commission Expires Aug 2, 2009

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Matthew Scott Burns

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, July 13, 2007.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McINTYRE GROUP, LTD., on behalf of itself and all others similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br><br>Defendants. | Civil Action No. 07-CV-01101 (PLF) |

ORDER

This matter came before the Court upon the Motion for Admission Pro Hac Vice of attorneys Lawrence W. Schad, James Shedden, Tony Kim, and Matthew S. Burns. The Court has considered the request and the representations contained in the motion. NOW THEREFORE, it is ORDERED that the Motion is granted and attorneys Lawrence W. Schad, James Shedden, Tony Kim, and Matthew S. Burns are authorized to appear in this Court on behalf of McIntyre Group, Ltd.

_____
**United States District Judge**

## **CERTIFICATE OF SERVICE**

I, Benjamin D. Brown, hereby certify that a true and correct copy of the Motion for Admission Pro Hac Vice; Supporting Affidavits; and Proposed Order were served via the Court's ECF system upon all counsel registered for ECF.


Date:  August 20, 2007                                          /s/ Benjamin D. Brown
                                                                Benjamin D. Brown